JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>　　　　Petitioner,<br>　vs.<br>CONNIE GIPSON, Warden,<br>　　　　Respondent. | Case No. CV 13-8643-JAK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated: January 2, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1